# NO. 12-10-00322-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *KAY DUBROCK,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | | |
| | § | *JUDICIAL DISTRICT COURT* |
| *SMS TRUST, GANDAF U.S.A., INC., d/b/a*<br>*SPEEDY FOOD MART, CITY OF TYLER*<br>*AND STATE OF TEXAS,*<br>*APPELLEES* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant filed an unopposed motion to dismiss this appeal. As grounds for the motion, Appellant states that, as a result of mediation, the parties reached an agreement to settle and compromise their dispute. Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is ***granted***, and the appeal is ***dismissed***.

Opinion delivered December 22, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)